BARRY MORRIS, SBN #48368
Attorney at Law
1220 Oakland Blvd. #200
Walnut Creek, CA 94596
(925) 934-1100
fax: (925) 934-1122
*barrymorris@mac.com*

Attorney for Defendant
NELSON MAURICIO PONCE-VAZQUEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0101-02 WBS |
| Plaintiff, | |
| v. | |
| NELSON MAURICIO PONCE-VAZQUEZ, | |
| Defendant./ | |

## Stipulation and Order

IT IS HEREBY STIPULATED between BARRY MORRIS, attorney for defendant, NELSON MAURICIO PONCE-VAZQUEZ, and JILL THOMAS, attorney for the United States, that the status conference presently set for August 19, 2013 shall be continued until September 9, 2013 at 9:30 a.m., the date previously set for trial confirmation for co-defendant DIONISIO "DANNY" ROBLES PADILLA.   This stipulation is based upon the attached declaration of BARRY MORRIS.

IT IS FURTHER STIPULATED between BARRY MORRIS, attorney for defendant, NELSON MAURICIO PONCE-VAZQUEZ, and JILL THOMAS, attorney for the United States, that time is excluded from the date of this stipulation until

the continued status conference date pursuant to 18 U.S.C. §3161(7)(B)(iv) to allow for the effective preparation for trial.

Dated: August 14, 2013

                                            _____s/_____
                                            BARRY MORRIS
                                            Attorney for Defendant PONCE-VAZQUEZ

                                            _____s/_____
                                            JILL THOMAS
                                            Assistant United States Attorney

## Declaration of Barry Morris

I, BARRY MORRIS, do hereby declare under penalty of perjury that the following is true and correct:

1.    I am an attorney licensed to practice law in the United States District Court for the Northern, Central, and Eastern Districts of California and the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.  I represent the defendant in the above-entitled action;

2.    Although this case is two years old, and despite the fact that defendant PONCE-VAZQUEZ has continuously resided at the same residence for the past four years, he was not arrested until June, 2013.  I have reviewed the discovery provided by the government with my client.  From our discussions, it is apparent that some investigation needs to be done before making a decision whether to enter into plea negotiations with the government or to take the matter to trial.  I will be unable to complete that investigation by August 19, 2013, the date previously set for status conference.

3.    Because codefendant DIONISIO "DANNY" ROBLES PADILLA has previously been set for trial conformation September 9, 2013, and because it is entirely likely that defendant PONCE-VAZQUEZ will be requesting a continuance of the trial date, it would seem to make sense to continue the matter to a date

where both defendants are before the court.

Dated: August 14, 2013

_____/s/_____
BARRY MORRIS
Attorney for Defendant PONCE-VAZQUEZ

## Order

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that this mater be continued until September 9, 2013 at 9:30 a.m.  IT IS FURTHER ORDERED THAT time is excluded from the date of this stipulation until September 9, 2013 pursuant to 18 U.S.C. §3161(7)(B)(iv) to allow for the effective preparation for trial.

Dated:  August 14, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3